Judge Hellerstein ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 21 2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA　　　　　　　　:　　INFORMATION

　　　- v. -　　　　　　　　　　　　　　　:　　19 Cr. ___

OMAR DELEON,　　　　　　　　　　　　　　:　　**19 CRIM 466**

　　　　　　　Defendant.　　　　　　　　　:

- - - - - - - - - - - - - - - - - - X

## COUNT ONE

The United States Attorney charges:

1. From in or about August 2018 through in or about September 2018, in the Southern District of New York and elsewhere, OMAR DELEON, the defendant, and others known and unknown, knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, DELEON agreed to rob an individual he believed to be a narcotics trafficker in the vicinity of West 218th Street and Seaman Avenue, New York, New York.

(Title 18, United States Code, Section 1951.)

　　　　　　　　　　　　　　　　　　　　　　　_Geoffrey S. Berman_
　　　　　　　　　　　　　　　　　　　　　　　GEOFFREY S. BERMAN  JAS
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

OMAR DELEON,

                            Defendant.

---

### INFORMATION

19 Cr. _____

(18 U.S.C. § 1951.)

GEOFFREY S. BERMAN
United States Attorney